# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

BARTHOLOMEW B. JONES,

    Plaintiff

VS.

Warden STEVE UPTON,      NO. 5:10-CV-134 (HL)

    Defendant

## O R D E R

On March 1, 2010, plaintiff **BARTHOLOMEW B. JONES**, an inmate at the Georgia Diagnostic and Classification Prison ("GD&CP") in Jackson, Georgia, originally filed this 42 U.S.C. § 1983 complaint against defendants Sergeant L. Ferg, Officers A. Anderson and K. Joyner, Warden Oubre, and Warden Upton in the U.S. District Court for the Northern District of Florida. The Honorable Robert L. Hinkle transferred the case to this Court because GD&CP is located within the Middle District of Georgia and "each of the defendants are in Georgia."

Plaintiff's complaint set forth claims arising out of alleged unlawful treatment and conditions at two different prisons, GD&CP and Phillips State Prison ("PSP"), which is located in the Northern District of Georgia. On April 30, 2010, the Court issued an order transferring plaintiff's claims against defendants Ferg, Anderson, Joyner, and Oubre, relating to plaintiff's previous confinement at PSP, to the Northern District of Georgia. Plaintiff's claims against Upton, relating to plaintiff's incarceration at GD&CP, remained in this Court. In the same order, the Court directed plaintiff to recast his complaint in this Court to limit his claims to those arising at the GD&CP. The Court

expressly informed plaintiff that his case in this Court would be dismissed if he failed to file his recast complaint by May 21, 2010.

As of today's date, plaintiff has failed to respond to the Court's order. Accordingly, plaintiff's lawsuit against Warden Upton is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 28th day of May, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr